IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                          CRIMINAL ACTION NO.3:09CR38DCB0JCS-001

Pierre Hicks                                                                DEFENDANT

ORDER GRANTING MOTION FOR REMISSION ON FINE

This cause came on for consideration on motion of the United States of America in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the fine imposed on October 6, 2009, in this cause; and the Court being advised, is of the opinion that the petition is well taken and all of the unpaid portion of the fine imposed on October 6, 2009, is hereby remitted.

SO ORDERED this the  13th  day of   September  , 2010.


　　　　　　　　　　　　　　　　　　  s/ David Bramlette
　　　　　　　　　　　　　　　　　　HONORABLE DAVID C. BRAMLETTE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE